UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Ameriswiss Technology, LLC, et al.</u>

            v.           Civil No. 11-cv-148-LM

<u>C.H. Robinson Worldwide, Inc., et al.</u>


ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #34, Assented to MOTION to Amend 27 Assented to MOTION to Amend Answer to Plaintiff Massachusetts Bay Insurance Company's Complaint and to amend its Cross-Claim to correctly identify the Cross-claim Defendant as Midway Line of Illinois, Inc. , filed by Wesley S. Chused, Esq.

DATE:       January 27, 2012


    The document above fails to comply with:


    LR 15.1(b)         An amended pleading shall reproduce the entire filing as amended


    The document will remain on file. Unless a document curing the defect is filed by February 10, 2012, the original document will be treated as withdrawn and will not be ruled upon by a judicial officer.


    SO ORDERED.


February 7, 2012

                                              */s/ Landya B. McCafferty*
                                              Landya B. McCafferty
                                              United States Magistrate Judge


cc:    Wesley S. Chused, Esq.
       John F. Bisson, Esq.
       Fredric Paul Gallin, Esq.