UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ameriswiss Technology, LLC, et al.

              v.                                              Civil No. 11-cv-148-LM

C.H. Robinson Worldwide, Inc., et al.

ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:  #34, Assented to MOTION to Amend 27 Assented to MOTION to Amend Answer to Plaintiff Massachusetts Bay Insurance Company's Complaint and to amend its Cross-Claim to correctly identify the Cross-claim Defendant as Midway Line of Illinois, Inc. , filed by Wesley S. Chused, Esq.

DATE:  January 27, 2012

The document above fails to comply with:

LR 15.1(b)  An amended pleading shall reproduce the entire filing as amended

The document will remain on file.   Unless a document curing the defect is filed by February 10, 2012, the original document will be treated as withdrawn and will not be ruled upon by a judicial officer.

SO ORDERED.

February 7, 2012

                                                                   */s/ Landya B. McCafferty*
                                                                   Landya B. McCafferty
                                                                   United States Magistrate Judge

cc:  Wesley S. Chused, Esq.
     John F. Bisson, Esq.
     Fredric Paul Gallin, Esq.