UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ameriswiss Technology, LLC, et al

      v.          Civil No. 11-cv-148-LM

C.H. Robinson Worldwide, Inc., et al

O R D E R

On January 26, 2012 orders were issued indicating that the case as to defendants Abraham Mashindike and Midway Line, Inc. would be dismissed without prejudice, if a return of service or motion to extend time to effect service was not received by February 9, 2012. As no return of service or motion to extend time has been filed, it is herewith ordered that defendants Abraham Mashindike and Midway Line, Inc. are dismissed without prejudice.

 SO ORDERED.

February 17, 2012         */s/ Landya B. McCafferty*
                Landya B. McCafferty
                United States Magistrate Judge


cc: John F. Bisson, Esq.
   Fredric Paul Gallin, Esq.
   Wesley S. Chused, Esq.
   Mary K. Ganz, Esq.