**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Ameriswiss Technology, LLC

    v.                            Civil No. 11-cv-148-LM

Midway Line of Illinois, Inc.

**SCHEDULING ORDER**

In its order dated November 15, 2012, the court granted, in part, Ameriswiss's motion for judgment (doc. no. 59), stating: "Ameriswiss is entitled to judgment against Midway in the amount of $44,800, less the salvage value of the damaged equipment. The court will enter final judgment against Midway upon submission of evidence establishing the salvage value of the thirteen machines Midway damaged."  There has been no submission of evidence.  Accordingly, a hearing to determine the salvage value of the damaged equipment is scheduled for July 2, 2013, at 10:00 a.m.

    SO ORDERED.

                               _____
                               Landya McCafferty
                               United States Magistrate Judge

May 21, 2013
cc: John F. Bisson, Esq.
    Wesley S. Chused, Esq.
    Frederic Paul Gallin, Esq.
    Mary K. Ganz, Esq.
    Frank J. Weiner, Esq.